UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2020 AUG 19 PM 4: 18
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.                                              CASE NO. 6:20-cr-114-ORL-41-LRH
                                                18 U.S.C. § 1519
STACY R. CARUVANA                               18 U.S.C. § 1001(a)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 30, 2018, in the Middle District of Florida and elsewhere, the defendant,

STACY R. CARUVANA,

did knowingly alter, destroy, mutilate, conceal, cover up, falsify, and make a false entry in any record, document, and tangible object, namely an e-mail chain with the subject line "Fw: [Contains offensive language] Re: Revised House Use Agreement and AT&T Internet Cancellation Information" that she sent to an agent from the National Aeronautics and Space Administration (NASA) Office of Inspector General, with the intent to impede, obstruct, and influence the investigation and proper administration of an investigative review concerning A.C., a matter that was within the jurisdiction of NASA, a department and agency of the United States.

In violation of 18 U.S.C. §§ 1519 and 2.

## COUNT TWO

On or about October 30, 2018, in the Middle District of Florida and elsewhere, the defendant,

STACY R. CARUVANA,

did knowingly alter, destroy, mutilate, conceal, cover up, falsify, and make a false entry in any record, document, and tangible object, namely an e-mail with the subject line "fu bitch" that she sent to an agent from the National Aeronautics and Space Administration (NASA) Office of Inspector General, with the intent to impede, obstruct, and influence the investigation and proper administration of an investigative review concerning A.C., a matter that was within the jurisdiction of NASA, a department and agency of the United States.

In violation of 18 U.S.C. §§ 1519 and 2.

## COUNT THREE

On or about December 4, 2018, in the Middle District of Florida and elsewhere, the defendant,

STACY R. CARUVANA,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating in an e-mail that she sent to an agent from the National Aeronautics and Space Administration (NASA) Office of Inspector General that A.C. had sent her a

threatening text message on August 30, 2018. The statement and representation were false because, as STACY R. CARUVANA then and there knew, the text message was not sent by A.C.

In violation of 18 U.S.C. § 1001(a)(2).

## COUNT FOUR

On or about May 28, 2019, in the Middle District of Florida and elsewhere, the defendant,

STACY R. CARUVANA,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by stating in in an e-mail that she sent to an agent from the National Aeronautics and Space Administration (NASA) Office of Inspector General that A.C. had just called her and threatened to kill her. The statement and representation were false

because, as STACY R. CARUVANA then and there knew, A.C. did not call her and threaten to kill her.

In violation of 18 U.S.C. § 1001(a)(2).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

STACY R. CARUVANA

**INDICTMENT**

Violations:   18 U.S.C. § 1519
              18 U.S.C. § 1001(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 19th day of August, 2020.

_____
Clerk

Bail   $_____

GPO 863 525